IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. _____ |

### PLAINTIFF MERZ PHARMACEUTICALS GMBH RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Merz Pharmaceuticals GmbH (a nongovernmental corporate party) makes the following disclosure statement:

### I.  PARENT CORPORATIONS

The parent corporation of Merz Pharmaceuticals GmbH is Merz Pharma GmbH & Co. KGaA. The parent corporation of Merz Pharma GmbH & Co. KGaA is Merz GmbH & Co. KGaA.

### II.  PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of January 10, 2008, no publicly held corporation owns 10% or more of Merz Pharmaceuticals GmbH's stock.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Maryellen Noreika*

                              Jack B. Blumenfeld (# 1014)
                              Maryellen Noreika (#3208)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              mnoreika@mnat.com

*Of Counsel:*                       *Attorneys for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

January 10, 2008

2