IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. _____ |

**PLAINTIFF MERZ PHARMA GMBH & CO. KGAA RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Merz Pharma GmbH & Co. KGaA (a nongovernmental corporate party) makes the following disclosure statement:

**I.   PARENT CORPORATIONS**

The parent corporation of Merz Pharma GmbH & Co. KGaA is Merz GmbH & Co. KGaA.

**II.   PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of January 10, 2008, no publicly held corporation owns 10% or more of Merz Pharma GmbH & Co. KGaA's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

January 10, 2008

2