IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. _____ |

**PLAINTIFF FOREST LABORATORIES HOLDINGS, LTD. RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories Holdings, Ltd. (a nongovernmental corporate party) makes the following disclosure statement:

I. **PARENT CORPORATIONS**

The parent corporation of Forest Laboratories Holdings, Ltd. is Forest Laboratories, Inc.

II. **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of January 10, 2008, Forest Laboratories, Inc. owned 10% or more of Forest Laboratories Holdings, Ltd.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

January 10, 2008

2