IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-22-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz and David E. Moore of the law firm of Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, Delaware 19801, as counsel on behalf of defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

OF COUNSEL:

Thomas J. Meloro
Eugene L. Chang
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

Dated: January 16, 2008
843044 / 32643

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@pottersanderson.com

*Attorneys for Defendants*
*Barr Laboratories, Inc. and*
*Barr Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on January 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 16, 2008, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld | F. Dominic Cerrito |
| Maryellen Noreika | Daniel L. Malone |
| Morris, Nichols, Arsht & Tunnell LLP | Eric C. Stops |
| 1201 North Market Street | Jones Day |
| P.O. Box 1347 | 222 East 41st Street |
| Wilmington, DE 19899 | New York, NY 10017 |
| jblumenfeld@mnat.com | fdcerrito@jonesday.com |
| mnoreika@mnat.com | dlmalone@jonesday.com |
| | estops@jonesday.com |

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

843089 / 32643