AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Forest Laboratories, Inc., et al.,

              Plaintiffs,

V.

Barr Laboratories, Inc., et al.,

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-022 (GMS)

TO: (Name and address of Defendant)
    PLIVA d.d.
    c/o Barr Laboratories, Inc.
    223 Quaker Road
    Pomona, NY 10970

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Jack B. Blumenfeld
    Maryellen Noreika
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE 1/18/08

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Delaware

Case Number: 08-022(GMS)

Plaintiff:
**FOREST LABORATORIES, INC., et al.**
vs.
Defendant:
**BARR LABORATORIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **PLIVA D.D., c/o Barr Laboratories, Inc., 223 Quaker Rd., Pomona, NY 10970**.

I, Simon Kahn, being duly sworn, depose and say that on the **8th day of February, 2008** at **10:15 am, I**:

Personally delivered a true copy of the **Summons & Amended Complaint with Exhibits** to Daniel Blossom, Security Coordinator, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Caucasian, Height: 5'3", Weight: 135, Hair: Reddish Blond, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/8/08___
   Date

**Simon Kahn**
0842361

**ASK Litigation Support, Inc.**
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000077
Ref: 982943-615004

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j