IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PLIVA D.D., PLIVA-HRVATSKA D.O.O., BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-22-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Thomas J. Meloro, Eugene L. Chang and Colman B. Ragan of WILLKIE FARR & GALLAGHER LLP, 787 Seventh Avenue, New York, N.Y. 10019-6099 to represent Defendants Pliva d.d., Pliva-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. in this matter.

　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　　　By: /s/ David E. Moore
　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　　　　　1313 N. Market Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 984-6000
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

Dated: February 28, 2008　　　　　　　*Attorneys for Defendants Pliva d.d., Pliva-*
844238 / 32643　　　　　　　　　　　　*Hrvatska d.o.o., Barr Laboratories, Inc. and*
　　　　　　　　　　　　　　　　　　*Barr Pharmaceuticals, Inc*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                             _____
                                                                United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 28, 2008      Signed:      /s/ *Thomas J. Meloro*
Thomas J. Meloro
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Telephone: (212) 728-8000
tmeloro@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 28, 2008    Signed:    /s/ *Eugene L. Chang*
                                      Eugene L. Chang
                                      WILLKIE FARR & GALLAGHER LLP
                                      787 Seventh Avenue
                                      New York, N.Y. 10019-6099
                                      Telephone: (212) 728-8000
                                      echang@willkie.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 28, 2008            Signed:    /s/ *Colman B. Ragan*
                                              Colman B. Ragan
                                              WILLKIE FARR & GALLAGHER LLP
                                              787 Seventh Avenue
                                              New York, N.Y. 10019-6099
                                              Telephone: (212) 728-8000
                                              cragan@willkie.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 28, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 28, 2008, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | F. Dominic Cerrito<br>Daniel L. Malone<br>Eric C. Stops<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>fdcerrito@jonesday.com<br>dlmalone@jonesday.com<br>estops@jonesday.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

843089 / 32643