IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>PLIVA D.D., PLIVA-HRVATSKA D.O.O., BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 08-22-GMS |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Pharmaceuticals, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Laboratories, Inc. hereby discloses that it is a wholly owned subsidiary of Barr Pharmaceuticals, Inc. and that no publicly held corporation other than Barr Pharmaceuticals, Inc. owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PLIVA-Hrvatska d.o.o, Inc. hereby discloses that it is a wholly owned subsidiary of PLIVA d.d. and that no publicly held corporation other than Barr Pharmaceuticals, Inc. directly or indirectly owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PLIVA d.d. discloses that it is a majority owned subsidiary of Barr Laboratories Europe BV, and that no publicly held corporation other than Barr Pharmaceuticals, Inc. directly or indirectly owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

Dated: March 3, 2008
852444 / 32643

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@pottersanderson.com

*Attorneys for Defendants PLIVA d.d., PLIVA-Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 3, 2008, I have Electronically Mailed the document to the following person(s)

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
Jones Day
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

843089 / 32643