IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PLIVA D.D., PLIVA-HRVATSKA D.O.O., BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 08-022 (GMS) (LPS) |

### PLAINTIFFS' REPLY TO DEFENDANTS PLIVA-HRVATSKA D.O.O.'S AND BARR LABORATORIES, INC.'S COUNTERCLAIMS

Plaintiffs Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendants PLIVA-Hrvatska d.o.o. and Barr Laboratories, Inc. (collectively "Defendants") (D.I. 18) hereby allege as follows:

　　　　32.　　Admitted.

　　　　33.　　Admitted.

　　　　34.　　Admitted, upon information and belief.

　　　　35.　　Admitted, upon information and belief.

　　　　36.　　Admitted.

　　　　37.　　Admitted.

　　　　38.　　Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Plaintiffs lack knowledge or information sufficient to form a belief as to the truth of the averments.

46. Plaintiffs lack knowledge or information sufficient to form a belief as to the truth of the averments.

47. Admitted that in a letter dated December 7, 2007, Barr Laboratories, Inc. notified Forest and Merz that the FDA had received an ANDA with such a certification and that the letter was delivered to Forest and Merz on or about December 10, 2007; otherwise denied.

48. Admitted that in a letter dated January 15, 2008, PLIVA-Hrvatska d.o.o. and Barr Laboratories, Inc. sent Forest and Merz a revised notice letter with such a certification, and that the letter was delivered to Forest and Merz on or about January 16, 2008; otherwise denied.

49. – 103. There are no paragraphs 49-103 in the Counterclaims.

104. Denied.

105. Denied.

106. Denied.

2

## DEMAND FOR JUDGMENT

Wherefore, Plaintiffs deny that Defendants are entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Defendants' Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants PLIVA-Hrvatska d.o.o.'s and Barr Laboratories, Inc.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

March 26, 2008

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on March 26, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire    *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801

Thomas J. Meloro, Esquire    *VIA ELECTRONIC MAIL*
Eugene L. Chang, Esquire
Coleman B. Ragan, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099

_____
Jack B. Blumenfeld (#1014)