IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., LUPIN LTD., et al.<br><br>Defendant. | Civil Action. No.08-022-JJF-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 22, 2008, copies of (1) DEFENDANTS LUPIN PHARMACEUTICALS, INC.'S and LUPIN LIMITED'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1); and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant
Cobalt Laboratories, Inc.*

{BAY:01068173v1}

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
*Attorneys for Defendants Orchid
Pharmaceuticals Inc., Orchid Chemicals &
Pharmaceuticals Ltd. and Orgenus Pharma*

Joseph Grey
Thomas G. Whalen, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

Frederick Cottrell
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

**BY EMAIL AND BY U.S. MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
Andres Sawicki
Manuel Vélez
KIRKLAND & ELLIS, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Attorneys for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
*Attorneys for Plaintiffs*

{BAY:01068173v1}

Robert B. Breisblatt
Brian J. Sodikoff
Stephen P. Benson
Craig M. Kuchii
Jeremy C. Daniel
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd., Interpharm Holdings, Inc., and Interpharm, Inc.*

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Defendant Cobalt Laboratories, Inc.*

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
*Attorneys for Defendants PLIVA d.d., PLIVA Hrvatska d.o.o., Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd. and Orgenus Pharma Inc.*

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd., and Orgenus Pharma Inc.*

{BAY:01068173v1}

Darryl H. Steensma
Amy P. Noss
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
*Attorneys for Defendants Orchid
Pharmaceuticals Inc., Orchid Chemicals &
Pharmaceuticals Ltd. and Orgenus Pharma
Inc.*

Charles B. Klein
Jay L. Levine
Jovial Wong
Rishi Nangia
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
*Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.*

Steven J. Lee
Sheila Mortazavi
Merri C. Moken
Peter L. Giunta
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Lorelei Westin
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
*Attorneys for Defendants Genpharm ULC
and Genpharm, L.P. and Defendant Mylan
Pharmaceuticals Inc.*

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 2005-1257
*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
Kim E. Choate
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

July 22, 2008

OF COUNSEL:

SCHIFF HARDIN LLP
Douglass C. Hochstetler
Sailesh K. Patel
Luke T. Shannon
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

  -and-

D. Christopher Ohly
1666 K Street, N.W., Suite 300
Washington, D.C. 20036
(202) 778-6400

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Defendants,*
*Lupin Pharmaceuticals USA, Inc.*
*and Lupin, Ltd.*

{BAY:01068173v1}