IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COBALT LABORATORIES INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-021 (GMS) (LPS) <br> CONSOLIDATED |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-022 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DR. REDDY'S LABORATORIES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-52 (GMS) (LPS) |
| FOREST LABORATORIES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ORGENUS PHARMA INC., ) <br> ) <br> Defendants. ) | C.A. No. 08-291 (GMS) (LPS) |

SL1 853590v1/030421.00279

|  |  |  |
|---|---|---|
| FOREST LABORATORIES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-336 (GMS) (LPS) |
| APOTEX INC., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 22, 2008, Defendant Teva Pharmaceuticals USA, Inc., by and though its counsel, served its Initial Disclosures under Fed. R. Civ. P. 26(a)(1) by email and by first class mail, postage prepaid, upon the following:

Robert B. Breisblatt
Stephen P. Benson
Craig M. Kuchii
Brian J. Sodikoff
Jeremy C. Daniel
Joanna R. Stevason
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

John M. Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
Andres Sawicki
Manuel Velez
Kirkland & Ellis, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Attorneys for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
Jones Day
222 East 41St Street
New York, NY 10017
*Attorneys for Plaintiffs*

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Plaintiffs*

2

Louis H. Weinstein
Bruce D. Radin
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd., Interpharm Holdings, Inc., and Interpharm, Inc.*

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant Cobalt Laboratories, Inc.*

Roger J. Chin
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Douglass C. Hochstetler
Sailesh K. Patel
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Kenneth G. Schuler
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
*Attorneys for Defendants Orchid Pharmaceuticals Inc, Orchid Chemicals & Pharmaceuticals Ltd.*

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Defendant Cobalt Laboratories, Inc.*

Ron E. Shulman
Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94394-1050
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Richard D. Kirk
Ashley B. Stitzer
Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

D. Christopher Ohly
Schiff Hardin LLP
1665 K. Street, N.W., Suite 300
Washington, DC 20036
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

Terrence J. Connolly
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
*Attorneys for Defendants Orchid Pharmaceuticals Inc., Orchid Chemicals & Pharmaceuticals Ltd.*

3

Darryl H. Steensma
Amy P. Noss
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
*Attorneys for Defendants Orchid*
*Pharmaceuticals Inc., Orchid Chemicals &*
*Pharmaceuticals Ltd.*

Kevin G. Abrams
John M. Seaman
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Defendants Orgenus Pharma,*
*Inc. and Apotex, Inc.*

David E. Marder
Yixin H. Tang
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Attorneys for Defendants Wockhardt USA*
*Inc. and Wockhardt Limited*

Thomas J. Meloro
Eugene L. Chang
Colman B. Ragan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
*Attorneys for Defendants PLIVA d.d., PLIVA-*
*Hrvatska d.o.o., Barr Laboratories, Inc. and*
*Barr Pharmaceuticals, Inc.*

Charles B. Klein
Jay L. Levine
Jovial Wong
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

Frederick Cottrell
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

Jake M. Holdreith
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis. MN 55402
*Attorneys for Defendant*
*Upsher-Smith Laboratories Inc.*

Mark Boland
Michael R. Dzwonczyk
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
*Attorneys for Defendants Wockhardt USA*
*Inc. and Wockhardt Limited*

|  |  |
|---|---|
| Dated: July 23, 2008 | STEVENS & LEE, P.C.<br><br>/s/ *Joseph H. Huston, Jr.*<br>Joseph H. Huston, Jr. (No. 4035)<br>Thomas G. Whalen, Jr. (No. 4034)<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Tel: (302) 425-3307; -3304<br>Fax: (610) 371-7972; -8512<br>E-mail: jhh/tgw@stevenslee.com<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |

*Of Counsel*

KENYON & KENYON LLP

Steven J. Lee
Peter L. Giunta
One Broadway
New York, NY 10004
Tel: 212-425-7200
Fax: 212-425-5288
E-mail: slee@kenyon.com

Michael M. Shen
1500 K Street, NW
Washington, DC 20005
Tel: 202-220-4200
Fax: 202-220-4201
E-mail: mshen@kenyon.com

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that, on this 23rd day of July, 2008, a copy of the *Notice of Service* was served electronically through the Court's CM/ECF and by email, upon the following:

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

John M. Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
Andres Sawicki
Manuel Velez
KIRKLAND & ELLIS, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
gflattmann@kirkland.com
mrupert@kirkland.com
asawicki@kirkland.com
mvelez@kirkland.com
*Attorneys for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Attorneys for Plaintiffs*

Robert B. Breisblatt
Stephen P. Benson
Craig M. Kuchii
Brian J. Sodikoff
Jeremy C. Daniel
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com
craig.kuchii@kattenlaw.com
brian.sodikoff@kattenlaw.com
jeremy.daniel@kattenlaw.com
joanna.stevason@,kattenlaw.com
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Richard K. Herrmann
Mary Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjamnes.com
*Attorneys for Defendant*
*Cobalt Laboratories, Inc.*

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Neil A. Benchell
John Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
nbenchell@rmmslegal.com
jpolivick@rmmslegal.com
*Attorneys for Defendant Cobalt Laboratories, Inc.*

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
lweinstein@budd-larner.com
bradin@budd-larner.com
*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd., Interpharm Holdings, Inc., and Interpharm, Inc.*

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
rshulman@wsgr.com
tkearney@wsgr.com
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
rchin@wsgr.com
*Attorneys for Defendants Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc.*

Richard D. Kirk
Ashley B. Stitzer
BAYARD, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com
*Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

| | |
|---|---|
| Douglass C. Hochstetler<br>Sailesh K. Patel<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>dhochstetler@schiffhardin.com<br>spatel@chiffhardin.com<br>*Attorneys for Defendants Lupin*<br>*Pharmaceuticals, Inc. and Lupin Ltd.* | D. Christopher Ohly<br>SCHIFF HARDIN LLP<br>1665 K. Street, N.W., Suite 300<br>Washington, DC 20036<br>dcohly@schiffhardin.com<br>*Attorneys for Defendants Lupin*<br>*Pharmaceuticals, Inc. and Lupin Ltd.* |
| Kenneth G. Schuler<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>kenneth.schuler@lw.com<br>*Attorneys for Defendants Orchid*<br>*Pharmaceuticals Inc, Orchid Chemicals &*<br>*Pharmaceuticals Ltd.* | Terrence J. Connolly<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>terrence.connolly@lw.com<br>*Attorneys for Defendants Orchid*<br>*Pharmaceuticals Inc., Orchid Chemicals &*<br>*Pharmaceuticals Ltd.* |
| Darryl H. Steensma<br>Amy P. Noss<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>darryl.steensma@lw.com<br>amy.noss@lw.com<br>*Attorneys for Defendants Orchid*<br>*Pharmaceuticals Inc., Orchid Chemicals &*<br>*Pharmaceuticals Ltd.* | Thomas J. Meloro<br>Eugene L. Chang<br>Colman B. Ragan<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>tmeloro@willkie.com<br>echang@willkie.com<br>cragan@willkie.com<br>*Attorneys for Defendants PLIVA d.d., PLIVA-*<br>*Hrvatska d.o.o., Barr Laboratories, Inc. and*<br>*Barr Pharmaceuticals, Inc.* |
| Kevin G. Abrams<br>John M. Seaman<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Abrams@abramslaster.com<br>Seaman@abramslaster.com<br>*Attorneys for Defendant*<br>*Sun Pharmaceutical Industries Ltd.* | Charles B. Klein<br>Jay L. Levine<br>Jovial Wong<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>cklein@,inston.com<br>jlevine@winston.com<br>jwong@winston.com<br>*Attorneys for Defendant*<br>*Sun Pharmaceutical Industries Ltd.* |

SL1 853590v1/030421.00279

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants Orgenus Pharma,
Inc. and Apotex, Inc.*

David E. Marder
Yixin H. Tang
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Prudential Tower, 25th Floor
800 Boylston Street
Boston, MA 02199
demarder@rkmc.com
yhtang@rkmc.com
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Jeffrey L. Moyer
Kelly E. Farnan
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
Moyer@rlf.com
Farnan@rlf.com
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

Frederick Cottrell
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Jake M. Holdreith
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis. MN 55402
jmholdreith@rkmc.com
*Attorneys for Defendant
Upsher-Smith Laboratories Inc.*

Mark Boland
Michael R. Dzwonczyk
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
mboland@sughrue.com
mdzwonczyk@sughrue.com
*Attorneys for Defendants Wockhardt USA
Inc. and Wockhardt Limited*

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

SL1 853590v1/030421.00279